# UNITED STATES BANKRUPTCY COURT

| | | | |
|---|---|---|---|
| In Re: | Ridley, Earlene Patrice | Case No. | 08-09815 |
| | **Debtor** | | (if known) |
| | | Chapter | 13 |

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50        Check one   ☐ With the filing of the petition, or
                              ☐ On or before

   $ 68.50        on or before  May 21, 08

   $ 68.50        on or before  June 21, 08

   $ 68.50        on or before  July 21, 08

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| | | | |
|---|---|---|---|
| _____ | _____ | *Earlene Ridley* | 4/21/08 |
| **Signature of Attorney** | Date | **Signature of Debtor** | Date |
| | | | |
| _____ | | _____ | _____ |
| **Name of Attorney** | | **Signature of Joint Debtor** | Date |



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 21 2008
KENNETH S. GARDNER, CLERK
PS REP. - EG

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of _____ Illinois _____

In re _Earlene Ridley_____,                     Case No. _08-09815_
           Debtor

                                                          Chapter _13_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                    BY THE COURT

Date: **APR 2 1 2008**                              **KENNETH S. GARDNER**
                                                    **Clerk, U.S. Bankruptcy Court**

                                                    Kenneth S. Gardner, Clerk of the Court