IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ridley, Earlene P | Case Number: 08 B 09815 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 4/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 976.00 | |
| Secured: | | 420.75 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 29.25 |
| Other Funds: | | 526.00 |
| Totals: | 976.00 | 976.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Consumer Portfolio Services | Secured | 12,772.00 | 383.30 |
| 3. | Cook County Treasurer | Secured | 1,228.00 | 37.45 |
| 4. | Indymac Bank | Secured | 18,761.83 | 0.00 |
| 5. | Cook County Treasurer | Unsecured | 1,343.05 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 573.30 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 445.78 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 376.43 | 0.00 |
| 9. | Consumer Portfolio Services | Unsecured | 30.74 | 0.00 |
| 10. | Drive Financial Services | Unsecured | | No Claim Filed |
| 11. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 12. | First National Credit Card | Unsecured | | No Claim Filed |
| 13. | One Iron Ventures | Unsecured | | No Claim Filed |
| 14. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 15. | Charter One Bank | Unsecured | | No Claim Filed |
| 16. | Ableawilling Plumbing | Unsecured | | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 18. | Village Of Stickney | Unsecured | | No Claim Filed |
| 19. | U S Cellular | Unsecured | | No Claim Filed |
| 20. | Check Into Cash | Unsecured | | No Claim Filed |
| 21. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Global Payments | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ridley, Earlene P | Case Number:  08 B 09815 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/23/08 | Filed:  4/21/08 |

$$\begin{array}{cc} \underline{\qquad\qquad} & \underline{\qquad\qquad} \\ \$\ 35{,}531.13 & \$\ 420.75 \end{array}$$

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 29.25 |
| | _____ |
| | $ 29.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____